■ Boris Kogan, Appellant, v Royal Indemnity Company et al., Respondents, et al., Defendants. [628 NYS2d 543] —In an action, inter alia, to recover damages for defamation, the plaintiff appeals (1) from an order of the Supreme Court, Queens County (Milano, J.), dated October 28, 1993, which granted the motion of the defendants Royal Indemnity Company, Felix Drost, and Alan Zaremba to dismiss the complaint insofar as asserted against them as time-barred, and (2), as limited by his brief, from so much of an order of the same court, dated February 15, 1994, as, upon reargument, adhered to the prior determination.

Ordered that the appeal from the order dated October 28, 1993, is dismissed, as that order was superseded by the order dated February 15, 1994, made upon reargument; and it is further,

Ordered that the order dated February 15, 1994, is affirmed insofar as appealed from for reasons stated by Justice Milano at the Supreme Court; and it is further,

Ordered that the respondents are awarded one bill of costs. O'Brien, J. P., Ritter, Copertino and Krausman, JJ., concur.

■ Lory McNeil, Respondent, v Modern Materials Handling Equipment Corp., Appellant. (And a Third-Party Action). [628 NYS2d 543] —In an action to recover damages for personal injuries, the defendant appeals from an order of the Supreme Court, Kings County (Huttner, J.), dated March 15, 1994, which denied its motion pursuant to CPLR 510 (3) to change venue to Suffolk County.

Ordered that the order is affirmed, with costs.

The defendant has failed to meet its burden of establishing that the convenience of material witnesses and the ends of justice would be promoted by a change of venue to Suffolk County (see, CPLR 510 [3]; O'Brien v Vassar Bros. Hosp., 207 AD2d 169; Jansen v Bernhang, 149 AD2d 468). Bracken, J. P., Rosenblatt, Krausman and Goldstein, JJ., concur.